IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGIA HORTON                                                              Plaintiff

v.                              5:05CV00264 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                    Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 5th day of February, 2007.

/s/John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE